**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Antonio MIJARES–ANDRADE,**
**Defendant–Appellant.**

**No. 04–10964.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2005.

Denise B. Williams, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

---

Jerry V. Beard, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Antonio Mijares–Andrade raises an admittedly foreclosed argument pursuant to *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense), as well as an argument pursuant to *Blakely v. Washington,* — U.S. —, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). In light of the Supreme Court's ruling in *United States v. Booker,* — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), Mijares–Andrade has filed an unopposed motion to abandon his second point-of-error, which raised a *Blakely/Booker* error. That motion is GRANTED.

Because the only remaining issue on appeal is foreclosed by *Almendarez–Torres,* as Mijares–Andrade concedes, the Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under